# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00145-CV

**Jeff Brinkley, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 06-10612, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jeff Brinkley has filed a motion to dismiss his appeal, stating that he and the Department had resolved their dispute. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 3, 2007